IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LANCE THOMAS SANDIFER, | ) |
| | ) |
| vs. | ) No.: 1:13-0138 |
| | ) Judge Haynes |
| ASHLEY SPARKS, ET AL. | ) |

*ORDER* Upon reconsideration, this motion to eliminate granted as to advisor. The inmate requirement for this Plaintiff will be [illegible]
5-14-14

DEFENDANTS', SEAN BRADLEY, BEN KILLINGSWORTH, AND AVRIL CHAPMAN,
MOTION TO RECONSIDER THE COURT'S ORDER OF APRIL 29, 2014 (D.E. 44)

COME NOW the Defendants, Sean Brantley, Ben Killngsworth and Arvil Chapman (hereinafter referred to as "Defendants"), by and through counsel of record, and hereby submit this Motion to Reconsider the Court's Order of April 29, 2014 (D.E. 44) in which the Court ordered that Defendants must make an inmate legal advisor available to Plaintiff. Respectfully, this Court should reconsider and withdraw said Order, only as it relates to Defendants making an inmate advisor available for Plaintiff, not as to additional time granted to Plaintiff with which to respond. In support of this Motion, the Defendants state as follows:

## BACKGROUND

Plaintiff, Lance Thomas Sandifer, #442906, is an inmate of the Tennessee Department of Corrections (TDOC) currently housed at the South Central Correctional Center (SCCC). (Compl., D.E. 1, pp. 1-2.) Defendants, Sean Bradley, Ben Killingsworth, and Avril Chapman, are being sued in their individual capacity as supervisor officials at SCCC. (*Id.* at pp. 1 and 4.) On or around April 28, 2014, Plaintiff filed a second Motion for an Extension of time to respond to Defendant's Motion to Dismiss (D.E. 43). The next day, on April 29, 2014, this Court granted Plaintiff forty (40) more days in which to respond, and added that "Defendants shall make an inmate advisor