SCANNED

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

Lance Thomas Sandifer

v.

Ashley Sparks, et al.

Case #: 1:13-0138

ORDER

This opposition and plaintiff's memorandum (DIE No 58) were received after the court's order granting the supervisor defendants motion to dismiss (DIE No. 51). These papers are deemed motions to reconsider but are DENIED as the grievance allegations are insufficient to impose liability on the supervisor defendants. Null JS KBM 6-17-14

RECEIVED IN CLERK'S OFFICE JUN 16 2014 U.S. DISTRICT COURT MID. DIST. TENN.

Opposition To Motion To Dismiss

Comes now the plaintiff, Lance Thomas Sandifer, in opposition to the defendants, Sean Brantley, Ben Killingsworth and Arvil Chapman's motion to dismiss filed through counsel. The defendants claim they, as supervisors, cannot be held liable for their ratification of officers Sparks action because respondeat superior theory is an insufficient basis for liability under § 1983. They also say I attempt to allege a constitutional violation as to my grievances. I do not. I only mention my grievances because that's the way I went about seeking protection from officer Sparks, and the grievance are my proof that defendants Sean Brantley, Ben Killingsworth, and Arvil Chapman show deliberate indifference to my plight. Due to their ratification of the violations, and their deliberate indifference, aforementioned defendants are entitled to not dismissal but persecution.

In support of this motion I, the plaintiff, rely on the contemporaneously filed memorandum of law, a declaration, and a grievance.

Respectfully submitted,

Lance Sandifer, plaintiff

(57)